MURPHY DOOR BED COMPANY, INC., Respondent, v. YSMARDEL, INC., Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

SONIA ROSKIN MARKS MYERS, Respondent, v. LAURIE MARKS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

PINKIE OLIVER, Respondent, v. BEE LINE, INC., Appellant. GORDON SHERLAND and TORY SHERLAND, Both Infants, etc., and ELIAS G. SHERLAND, Respondents, v. BEE LINE, INC., Appellant. ANTHONY P. ASCHERL, as Administrator, etc., of JOAN ASCHERL, Deceased, Respondent, v. BEE LINE, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

HELEN PLEICKHARDT, by Her Guardian ad Litem, JOHN PLEICKHARDT, Appellant, v. OTTO JUSTICE, Defendant. JACOB O. BILDER, Attorney, Appellant; SIDNEY GONDELMAN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KAPLAN, Appellant.— The decision of this court handed down on March 6, 1933, is hereby amended by adding thereto the words " Motion for leave to have appeal heard on the original record and minutes granted." Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See *ante*, p. 847.]

RIDGEWOOD GARAGE, INC., Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [See *ante*, p. 808.]

SAMUEL RINZLER, Respondent, v. LENA RINZLER, Appellant, and WILLIAMSBURGH SAVINGS BANK, a Banking Corporation, etc., Respondent. SAMUEL RINZLER, Respondent, v. LENA RINZLER, Appellant, and CITIZENS SAVINGS BANK, a Corporation, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Scudder, JJ.; Lazansky, P. J., not voting.

BEATRICE SCHNEIDER, Appellant, v. HAROLD SCHNEIDER, Respondent.— Motion to amend record on appeal denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

SHAMPAIN, CITRON, CLARK, INC., Respondent, v. BURMEL ART CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.